Richard W. Osman, State Bar No. 167993
Asha Jameson, State Bar No. 269176
Corey C. Wilson, State Bar No. 332800
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
　　　　ajameson@bfesf.com
　　　　cwilson@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, VACAVILLE POLICE
DEPARTMENT, I. SCHMUTZLER, C. SPENCER
C. BAILEY, D. BAXLEY, M. TAYLOR, R. VALLIMONT
J. CRISTE, S. KELLY, J. OUTLY, K. CORDONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAZMINO, et al.,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, VACAVILLE POLICE DEPARTMENT, VACAVILLE POLICE CHIEF IAN SCHMUTZLER, OFFICER COLE SPENCER, OFFICER CHARLES BAILEY, OFFICER DANIEL BAXLEY, OFFICER MATTHEW TAYLOR, OFFICER RALPH VALLIMONT, OFFICER JAMES CRISTE, OFFICER SEAN KELLY, OFFICER JESSE OUTLY, SGT. KATHLEEN CORDONA, *et al*.,<br><br>　　　Defendants. | Case No. 2 :22-cv-00273-JAM-DB<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT; ORDER** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

attorneys, that Defendants CITY OF VACAVILLE, VACAVILLE POLICE DEPARTMENT, IAN

1

SCHMUTZLER, COLE SPENCER, CHARLES BAILEY, DANIEL BAXLEY, MATTHEW TAYLOR, RAPLH VALLIMONT, JAMES CRISTE, SEAN KELLY, JESSE OUTLY, and KATHLEEN CORDONA (hereinafter "Defendants") may have up to and including April 18, 2022 to respond to Plaintiff's complaint.

Service on the named Defendants was accomplished on March 15, 2022. Currently, Defendants' responsive pleading is due on April 5, 2022. Counsel for the parties met and conferred regarding perceived deficiencies in the original complaint and both counsel agreed additional discussions are necessary to aid Plaintiff's counsel in his decision regarding whether or not to amend the complaint. An additional two weeks will permit further meet and confer discussions regarding Defendants' contention that certain claims are subject to a motion to dismiss. Therefore, the parties agreed that Defendants shall have an additional two weeks, up to and including April 18, 2022, to file a responsive pleading.

No prior extensions have been obtained by the parties and the stipulation will not alter any event or deadline currently fixed by court order.

Pursuant to Local Rule 6-1(a), "Unless the filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint…may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. All other extensions of time must be approved by the Court. No open extensions of time by stipulation of the parties will be recognized."

Here, the parties are requesting a two-week extension of time. Good cause exists for the requested extension considering the parties' desire to further meet and confer.

**NOW, THEREFORE**, the parties hereby submit this stipulated request that Defendants shall have up to and including April 18, 2022 to file a responsive pleading.

Dated: April 5, 2022                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                  By:  */s/ Richard W. Osman*
                                                       Richard W. Osman
                                                       Asha Jameson
                                                       Corey C. Wilson
                                                       Attorneys for Defendants
                                                       City of Vacaville, Vacaville Police Department, I. Schmutzler, C. Spencer C. Bailey, D. Baxley, M. Taylor, R. Vallimont J. Criste, S. Kelly, J. Outly, K. Cordona

1  Dated: April 5, 2022                                HELBRAUN LAW FIRM

2                                                     By:  */s/ David Helbraun*
3                                                          David Helbraun
                                                           Attorney for Plaintiff
4                                                          Anthony Pazmino

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendants' deadline to respond to Plaintiff's complaint is April 18, 2022.

**IT IS SO ORDERED.**

Dated:  April 5, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE