Richard W. Osman, State Bar No. 167993
Asha Jameson, State Bar No. 269176
Corey C. Wilson, State Bar No. 332800
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       ajameson@bfesf.com
       cwilson@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, VACAVILLE POLICE
DEPARTMENT, I. SCHMUTZLER, C. SPENCER
C. BAILEY, D. BAXLEY, M. TAYLOR, R. VALLIMONT
J. CRISTE, S. KELLY, J. OUTLY, K. CORDONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAZMINO, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, VACAVILLE POLICE DEPARTMENT, VACAVILLE POLICE CHIEF IAN SCHMUTZLER, OFFICER COLE SPENCER, OFFICER CHARLES BAILEY, OFFICER DANIEL BAXLEY, OFFICER MATTHEW TAYLOR, OFFICER RALPH VALLIMONT, OFFICER JAMES CRISTE, OFFICER SEAN KELLY, OFFICER JESSE OUTLY, SGT. KATHLEEN CORDONA, *et al*.,<br><br>    Defendants. | Case No. 2 :22-cv-00273-JAM-DB<br><br>**STIPULATION TO FURTHER EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that Defendants CITY OF VACAVILLE, VACAVILLE POLICE DEPARTMENT, IAN SCHMUTZLER, COLE SPENCER, CHARLES BAILEY, DANIEL BAXLEY, MATTHEW TAYLOR, RAPLH VALLIMONT, JAMES CRISTE, SEAN KELLY, JESSE OUTLY, and KATHLEEN CORDONA (hereinafter "Defendants") may have up to and including April 25, 2022 to respond to Plaintiff's complaint.

Service on the named Defendants was accomplished on March 15, 2022. On April 5, 2022, this Court granted the parties' stipulation and extended Defendants' deadline to respond to the complaint from April 5, 2022 to April 18, 2022. At this time, counsel for the parties are actively meeting and conferring on pleading issues and request additional time to further meet and confer. An extension of time of seven days for Defendants' response to the complaint will allow the parties time to review each other's positions on the pleadings, and will allow Plaintiff's counsel time to file an amended complaint. Therefore, the parties agreed that Defendants shall have an additional seven days, up to and including April 25, 2022, to file a responsive pleading.

One prior extension has been obtained by the parties and the stipulation will not alter any event or deadline currently fixed by court order.

Pursuant to Local Rule 6-1(a), "Unless the filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint…may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. All other extensions of time must be approved by the Court. No open extensions of time by stipulation of the parties will be recognized."

Here, the parties are requesting a four-day extension of time. Good cause exists for the requested extension considering the parties' desire to further meet and confer.

///
///
///
///
///

NOW, THEREFORE, the parties hereby submit this stipulated request that Defendants shall have up to and including April 25, 2022 to file a responsive pleading.

Dated: April 18, 2022                          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/ Richard W. Osman
Richard W. Osman
Asha Jameson
Corey C. Wilson
Attorneys for Defendants
CITY OF VACAVILLE, VACAVILLE POLICE, DEPARTMENT, I. SCHMUTZLER, C. SPENCER, C. BAILEY, D. BAXLEY, M. TAYLOR, R. VALLIMONT, J. CRISTE, S. KELLY, J. OUTLY, K. CORDONA

Dated: April 18, 2022                          HELBRAUN LAW FIRM

By: /s/ David Helbraun
David Helbraun
Attorneys for Plaintiff
ANTHONY PAZMINO

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: April 18, 2022              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

/s/ Richard W. Osman
Richard W. Osman

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendants' deadline to respond to Plaintiff's complaint is April 25, 2022.

**IT IS SO ORDERED.**

Dated: April 18, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE