Richard W. Osman, State Bar No. 167993
Asha Jameson, State Bar No. 269176
Corey C. Wilson, State Bar No. 332800
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       ajameson@bfesf.com
       cwilson@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, VACAVILLE POLICE
DEPARTMENT, I. SCHMUTZLER, C. SPENCER
C. BAILEY, D. BAXLEY, M. TAYLOR, R. VALLIMONT
J. CRISTE, S. KELLY, J. OUTLY, K. CORDONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAZMINO, et al., | Case No. 2:22-cv-00273-JAM-DB |
| Plaintiff, | **STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND ORDER** |
| v. | |
| CITY OF VACAVILLE, VACAVILLE POLICE DEPARTMENT, VACAVILLE POLICE CHIEF IAN SCHMUTZLER, OFFICER COLE SPENCER, OFFICER CHARLES BAILEY, OFFICER DANIEL BAXLEY, OFFICER MATTHEW TAYLOR, OFFICER RALPH VALLIMONT, OFFICER JAMES CRISTE, OFFICER SEAN KELLY, OFFICER JESSE OUTLY, SGT. KATHLEEN CORDONA, *et al*., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that Plaintiff ANTHONY PAZMINO may have up to and including June 10, 2022 to respond to the motion to dismiss the first amended complaint, and Defendants CITY OF VACAVILLE, VACAVILLE POLICE DEPARTMENT, IAN SCHMUTZLER, COLE SPENCER, CHARLES BAILEY, DANIEL BAXLEY, MATTHEW TAYLOR, RAPLH VALLIMONT, JAMES CRISTE, SEAN KELLY, JESSE OUTLY, and KATHLEEN CORDONA (hereinafter "Defendants") shall have up to and including June 17, 2022 to reply to Plaintiff's opposition.

On April 29, 2022, Plaintiff filed a first amended complaint. (ECF No. 11.) On May 15, 2022, Defendants filed a motion to dismiss the first amended complaint. (ECF No. 12.) Plaintiff's opposition to Defendants' motion to dismiss is currently due on May 27, 2022, and Defendants' reply to Plaintiff's opposition is due on June 3, 2022. However, Plaintiff's counsel was out of the country on a pre-planned vacation when the motion to dismiss was filed and has just recently returned. A two-week extension of time to the briefing schedule would allow Plaintiff's counsel time to decide whether he will oppose the motion to dismiss, and if so, draft and file an opposition. Therefore, the parties agreed that Plaintiff shall have an additional two weeks, up to and including June 10, 2022, to file an opposition to the motion to dismiss and that Defendants shall have an additional two weeks, up to and including June 17, 2022, to reply to Plaintiff's opposition.

No prior modifications of the briefing scheduling have been obtained by the parties. However, the parties received three extensions of time for Defendants to file their responsive pleading, while the parties met and conferred over perceived deficiencies in the pleadings. The stipulation will not alter any event or deadline currently fixed by court order.

Here, the parties are requesting a two-week extension of time to the briefing schedule. Good cause exists for the requested extension considering Plaintiff's counsel was out of the country when the motion to dismiss was filed and requires additional time to respond.

NOW, THEREFORE, the parties hereby submit this stipulated request that Plaintiff shall have up to and including June 10, 2022 to file an opposition to Defendants' motion to dismiss and Defendants shall have up to and including June 17, 2022 to file a reply to Plaintiff's opposition.

| | | |
|---|---|---|
| Dated: May 26, 2022 | | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |

By: */s/ Richard W. Osman*
Richard W. Osman
Asha Jameson
Corey C. Wilson
Attorneys for Defendants
CITY OF VACAVILLE, VACAVILLE POLICE, DEPARTMENT, I. SCHMUTZLER, C. SPENCER, C. BAILEY, D. BAXLEY, M. TAYLOR, R. VALLIMONT, J. CRISTE, S. KELLY, J. OUTLY, K. CORDONA

Dated: May 26, 2022					HELBRAUN LAW FIRM

By: */s/ David Helbraun*
David Helbraun
Attorneys for Plaintiff
ANTHONY PAZMINO

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: May 26, 2022					BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard W. Osman*
Richard W. Osman

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's deadline to file an opposition to the motion to dismiss is June 10, 2022 and Defendants' deadline to file a reply to Plaintiff's opposition to the motion to dismiss is June 17, 2022.

**IT IS SO ORDERED.**

Dated:  May 26, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE