| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>Corey C. Wilson, State Bar No. 332800<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email: rosman@bfesf.com<br>          scrawford@bfesf.com<br>          cwilson@bfesf.com | David M. Helbraun, State Bar No. 129840<br>HELBRAUN LAW FIRM<br>The Mills Building<br>220 Montgomery Street, Suite 1100<br>San Francisco, California 94111<br>Telephone: (415) 982-4000<br>Email: dmh@helbraunlaw.com |
| Attorneys for Defendants<br>C. SPENCER, C. BAILEY, D. BAXLEY, M. TAYLOR,<br>R. VALLIMONT, J. CRISTE, S. KELLY, J. OUTLY,<br>K. CORDONA | Attorneys for Plaintiff<br>ANTHONY PAZMINO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAZMINO, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, VACAVILLE POLICE DEPARTMENT, VACAVILLE POLICE CHIEF IAN SCHMUTZLER, OFFICER COLE SPENCER, OFFICER CHARLES BAILEY, OFFICER DANIEL BAXLEY, OFFICER MATTHEW TAYLOR, OFFICER RALPH VALLIMONT, OFFICER JAMES CRISTE, OFFICER SEAN KELLY, OFFICER JESSE OUTLY, SGT. KATHLEEN CORDONA, *et al*.,<br><br>    Defendants. | Case No. 2:22-cv-00273-JAM-DB<br><br>**STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINES; AND ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff ANTHONY PAZMINO ("Plaintiff") and Defendants OFFICER COLE SPENCER, OFFICER CHARLES BAILEY, OFFICER DANIEL BAXLEY, OFFICER MATTHEW TAYLOR, OFFICER RALPH VALLIMONT, OFFICER JAMES CRISTE, OFFICER SEAN KELLY, OFFICER JESSE OUTLY, SGT. KATHLEEN CORDONA ("Defendants") (hereinafter, "the Parties") by and through their designated counsel, that the Pretrial Scheduling Order (Dkt. No. 35) in this matter be modified as detailed below to accommodate the Parties' attempts to resolve this matter.

WHEREAS, on September 13, 2023, the Court issued the Pretrial Scheduling Order in this matter (Dkt. No. 35);

WHEREAS, on September 13, 2023, this matter was referred to Magistrate Judge Deborah Barnes for settlement proceedings (Dkt. No. 36);

WHEREAS the Parties wish to complete fact discovery and attend a settlement conference before experts are disclosed. In addition, the Parties require additional time to complete fact discovery and attend a settlement conference before incurring the fees and costs for expert discovery; and

WHEREAS, the requested modifications will not otherwise impact the trial date.

### **STIPULATION**

NOW, THEREFORE, the Parties STIPULATE TO and JOINTLY REQUEST that this Court continue the expert discovery deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | 5/24/2024 | 9/2/2024 |
| Disclosure of Rebuttal Experts | 6/7/2024 | 9/23/2024 |
| Discovery Cutoff | 7/19/2024 | No Change |
| L/D to File Dispositive Motions | 9/13/2024 | No Change |
| Dispositive Motion Hearing | 11/5/2024 | No Change |
| Pretrial Conference Statement | 1/7/2025 | No Change |
| Final Pretrial Conference | 1/14/2025 | No Change |
| Jury Trial | 2/24/2025 | No Change |

| | |
|---|---|
| Dated:  February 1, 2024 | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |

By: */s/ Richard W. Osman*
Richard W. Osman
Sheila D. Crawford
Corey C. Wilson
Attorneys for Defendants
C. SPENCER, C. BAILEY, D. BAXLEY, M. TAYLOR, R. VALLIMONT, J. CRISTE, S. KELLY, J. OUTLY, K. CORDONA

| | |
|---|---|
| Dated:  February 1, 2024 | HELBRAUN LAW FIRM |

By: */s/ David Helbraun*
David Helbraun
Attorneys for Plaintiff
ANTHONY PAZMINO

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: February 1, 2024               BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard W. Osman*
Richard W. Osman

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Event | Current Deadline | Deadline |
|---|---|---|
| Expert Disclosures | 5/24/2024 | **9/02/2024** |
| Disclosure of Rebuttal Experts | 6/7/2024 | **9/23/2024** |
| Discovery Cutoff | 7/19/2024 | No Change |
| L/D to File Dispositive Motions | 9/13/2024 | No Change |
| Dispositive Motion Hearing | 11/5/2024 | No Change |
| Pretrial Conference Statement | 1/7/2025 | No Change |
| Final Pretrial Conference | 1/14/2025 | No Change |
| Jury Trial | 2/24/2025 | No Change |

**IT IS SO ORDERED.**

Dated: February 01, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE