Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Corey C. Wilson, State Bar No. 332800
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com
       cwilson@bfesf.com

David M. Helbraun, State Bar No. 129840
HELBRAUN LAW FIRM
The Mills Building
220 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: (415) 982-4000
Email: dmh@helbraunlaw.com

Attorneys for Defendants
C. SPENCER, C. BAILEY, D. BAXLEY, M. TAYLOR,
R. VALLIMONT, J. CRISTE, S. KELLY, J. OUTLY,
K. CORDONA

Attorney for Plaintiff
ANTHONY PAZMINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAZMINO, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, VACAVILLE POLICE DEPARTMENT, VACAVILLE POLICE CHIEF IAN SCHMUTZLER, OFFICER COLE SPENCER, OFFICER CHARLES BAILEY, OFFICER DANIEL BAXLEY, OFFICER MATTHEW TAYLOR, OFFICER RALPH VALLIMONT, OFFICER JAMES CRISTE, OFFICER SEAN KELLY, OFFICER JESSE OUTLY, SGT. KATHLEEN CORDONA, *et al*.,<br><br>    Defendants. | Case No. 2:22-cv-00273-JAM-DB<br><br>SECOND STIPULATION TO CONTINUE PRETRIAL DEADLINES<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF 40)** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff ANTHONY PAZMINO ("Plaintiff") and Defendants OFFICER COLE SPENCER, OFFICER CHARLES BAILEY, OFFICER DANIEL BAXLEY, OFFICER MATTHEW TAYLOR, OFFICER RALPH VALLIMONT, OFFICER JAMES CRISTE, OFFICER SEAN KELLY, OFFICER JESSE OUTLY, SGT. KATHLEEN CORDONA ("Defendants") (hereinafter, "the Parties") by and through their designated counsel, that the Pretrial Scheduling Orders (Dkt. Nos. 35 and 38) in this matter be modified as detailed below to accommodate the Parties' attempts to resolve this matter.

WHEREAS, on September 13, 2023, the Court issued the Pretrial Scheduling Order in this matter (Dkt. No. 35);

WHEREAS, on September 13, 2023, this matter was referred to Magistrate Judge Deborah Barnes for settlement proceedings (Dkt. No. 36);

WHEREAS, on February 2, 2024, the Court granted the Parties' stipulation to continue expert discovery deadlines (Dkt. No. 38) to provide time for the Parties to complete fact discovery and attend a settlement conference before experts were disclosed;

WHEREAS, a settlement conference has been scheduled for June 27, 2024 with Magistrate Judge Barnes (Dkt. No. 39);

WHEREAS, the Parties have completed multiple depositions and believe they are adequately prepared to attend the conference and discuss resolution. The Parties would like to continue fact and expert discovery as well as the dispositive motion deadlines to provide time to attend the settlement conference before incurring fees and costs associated with additional discovery and motion practice; and

WHEREAS, the requested modifications will not otherwise impact the trial date.

## STIPULATION

NOW, THEREFORE, the Parties STIPULATE TO and JOINTLY REQUEST that this Court continue the expert discovery deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cutoff | 7/19/2024 | 8/19/2024 |
| Expert Disclosures | 9/2//2024 | 10/2/2024 |

| | | |
|---|---|---|
| Disclosure of Rebuttal Experts | 9/23/2024 | 10/23/2024 |
| L/D to File Dispositive Motions | 9/13/2024 | 11/1/2024 |
| Dispositive Motion Hearing | 11/5/2024 | 12/5/2024 |
| Pretrial Conference Statement | 1/7/2025 | No Change |
| Final Pretrial Conference | 1/14/2025 | No Change |
| Jury Trial | 2/24/2025 | No Change |

Dated:  May 28, 2024                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:  */s/ Richard W. Osman*
     Richard W. Osman
     Sheila D. Crawford
     Corey C. Wilson
     Attorneys for Defendants
     C. SPENCER, C. BAILEY, D. BAXLEY, M. TAYLOR, R. VALLIMONT, J. CRISTE, S. KELLY, J. OUTLY, K. CORDONA

Dated:  May 28, 2024                              HELBRAUN LAW FIRM


By:  */s/ David Helbraun*
     David Helbraun
     Attorney for Plaintiff
     ANTHONY PAZMINO

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: May 28, 2024                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                       */s/ Richard W. Osman*
                                       Richard W. Osman

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery Cutoff | 7/19/2024 | 08/19/2024 |
| Expert Disclosures | 9/2//2024 | 10/02/2024 |
| Disclosure of Rebuttal Experts | 9/23/2024 | 10/23/2024 |
| Dispositive Motion Filing Deadline | 9/13/2024 | 11/01/2024 |
| Dispositive Motion Hearing | 11/5/2024 | **01/07/2025, at 01:00 p.m.**[1] |
| **Joint Mid-Litigation Statement Filing Deadline:** | | **Fourteen (14) days prior to the close of discovery** |
| **Joint Pretrial Statement** | 1/7/2025 | **02/27/2025** |
| **Final Pretrial Conference** | 1/14/2025 | **03/07/2025, at 11:00 a.m.** |
| **Jury Trial (5-7 Days)** | 2/24/2025 | **04/28/2025, at 09:00 a.m.** |

**IT IS SO ORDERED.**

Dated: May 30, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.