| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>Corey C. Wilson, State Bar No. 332800<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email: rosman@bfesf.com<br>     scrawford@bfesf.com<br>     cwilson@bfesf.com | David M. Helbraun, State Bar No. 129840<br>HELBRAUN LAW FIRM<br>The Mills Building<br>220 Montgomery Street, Suite 1100<br>San Francisco, California 94111<br>Telephone: (415) 982-4000<br>Email: dmh@helbraunlaw.com |
| Attorneys for Defendants<br>C. SPENCER, C. BAILEY, D. BAXLEY, M. TAYLOR, R. VALLIMONT, J. CRISTE, S. KELLY, J. OUTLY, K. CORDONA | Attorney for Plaintiff<br>ANTHONY PAZMINO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAZMINO, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, VACAVILLE POLICE DEPARTMENT, VACAVILLE POLICE CHIEF IAN SCHMUTZLER, OFFICER COLE SPENCER, OFFICER CHARLES BAILEY, OFFICER DANIEL BAXLEY, OFFICER MATTHEW TAYLOR, OFFICER RALPH VALLIMONT, OFFICER JAMES CRISTE, OFFICER SEAN KELLY, OFFICER JESSE OUTLY, SGT. KATHLEEN CORDONA, *et al*.,<br><br>    Defendants. | Case No. 2:22-cv-00273-JAM-SCR<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release executed by and between the parties identified herein, the undersigned, counsel of record for Plaintiff ANTHONY PAZMINO and Defendants C. SPENCER, C. BAILEY, D. BAXLEY, M. TAYLOR, R. VALLIMONT, J. CRISTE, S. KELLY, J. OUTLY AND K. CARDONA respectively, do

hereby agree and stipulate that the above-referenced case be dismissed, in its entirety and with prejudice, as to all defendants.  Each party shall bear their own attorneys' fees and costs.

     **IT IS SO STIPULATED.**

Dated:  August 8, 2024                      BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                      By:  */s/ Richard W. Osman*
                                              Richard W. Osman
                                              Sheila D. Crawford
                                              Corey C. Wilson
                                              Attorneys for Defendants
                                              C. SPENCER, C. BAILEY, D. BAXLEY, M. TAYLOR, R. VALLIMONT, J. CRISTE, S. KELLY, J. OUTLY, K. CORDONA

Dated:  August 8, 2024                      HELBRAUN LAW FIRM

                                        By:  */s/ David Helbraun*
                                              David Helbraun
                                              Attorney for Plaintiff
                                              ANTHONY PAZMINO

### <u>ELECTRONIC CASE FILING ATTESTATION</u>

     I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: August 8, 2024                     BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
                                              */s/ Richard W. Osman*
                                              Richard W. Osman

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the parties' STIPULATION OF DISMISSAL WITH PREJUDICE set forth above, the Court hereby orders that:

1. The above-captioned case be **DISMISSED**, in its entirety and **WITH PREJUDICE**; and
2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 14, 2024            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE